UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN MANUEL TENORIO RUIZ,

    Petitioner,

v.    CASE NO: 8:03-cv-1571-T-26EAJ

MELISSA MARIE GREEN TENORIO,

    Respondent.
_____/

# ORDER

**UPON DUE CONSIDERATION** of the parties' submissions and arguments, and based on the findings and conclusions announced on the record at the conclusion of the hearing held in this case this day, it is **ORDERED AND ADJUDGED** as follows:

1) The Petitioner's Petition for Return of Children (Dkt. 1) is denied.

2) The Clerk is directed to enter judgment for the Respondent.

3) The Clerk is directed to return to the Respondent her passport.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on August 25, 2003.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel of Record

F I L E   C O P Y

Date Printed: 08/27/2003

Notice sent to:

   ___   Mariana Cancio Blanco, Esq.
          Holland & Knight, LLP
          200 S. Orange Ave., Suite 2600
          P.O. Box 1526
          Orlando, FL  32802-1526

          8:03-cv-01571    jlg

   ___   Thomas M. Burke, Esq.
          Holland & Knight, LLP
          200 S. Orange Ave., Suite 2600
          P.O. Box 1526
          Orlando, FL  32802-1526

          8:03-cv-01571    jlg

   ___   Melissa Marie Green Tenorio
          648 Lake Dexter Cir.
          Winter Haven, FL  33884

          8:03-cv-01571    jlg

   ___   Thomas P. Barber, Esq.
          Carlton Fields, P.A.
          P.O. Box 3239
          Tampa, FL  33601-3239

          8:03-cv-01571    jlg

   ___   Erin Kathleen Linehan, Esq.
          Carlton Fields, P.A.
          P.O. Box 3239
          Tampa, FL  33601-3239

          8:03-cv-01571    jlg